UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,
       Plaintiff,

  -v-

SPRINGBONE PEARL LLC, *et al.*,
       Defendants.

21-CV-3269 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

  All filing deadlines and conference dates are adjourned *sine die*.

  SO ORDERED.

Dated: August 26, 2021
   New York, New York

               _____
                 J. PAUL OETKEN
                United States District Judge